Fischer et ux., Appellants, *v.* Jacobs.
Jacobs *v.* Fischer et al., Appellants.

Argued January 22, 1971. Before JONES, EAGEN, O'BRIEN, ROBERTS, POMEROY and BARBIERI, JJ.

634

*Frederick C. Fiechter, Jr.,* for appellants.

*Robert H. Malis,* and *Malis, Malis & Malis,* for appellees.

OPINION PER CURIAM, April 22, 1971:

At No. 130 January Term, 1971, the decree is affirmed, appellants to pay costs.

At No. 346 January Term, 1967, order affirmed.

Mr. Chief Justice BELL took no part in the consideration or decision of this case.